UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CORINA MAY, et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-176** |
| **RODNEY JACK STRAIN, et al.** | **SECTION: "G"(2)** |

## ORDER TO VACATE REFERRAL

On February 6, 2014, all parties in accordance with the provisions of 28 USC § 636(C), conferred and thereby waived their right to proceed before United States District Judge Nannette Jolivette Brown and consented to have the above-captioned matter transferred and referred to United States Magistrate Judge Joseph C. Wilkinson, Jr. to conduct any and all further proceedings in the case, including but not limited to, any and all pre-trial matters, the trial of the case and entry of final judgement.[1] On February 7, 2014, this Court accepted the parties' consent to jurisdiction, and ordered the matter assigned to United States Magistrate Judge Joseph C. Wilkinson.[2]

Upon further review, the Court has decided that termination of this Court's jurisdiction over the matter was improvident considering this Court has already made certain rulings and issued pertinent orders affecting the disposition of this case, and that this case involves the presence of numerous and diverse parties, questions of constitutional law, and arguments for extending, modifying, or reversing existing law or for establishing new law. The Court, therefore, invokes its power under Federal Rule of Civil Procedure 73(b)(3) and 28 U.S.C. § 636(c)(4) to vacate its earlier referral. Accordingly,

---

[1] Rec. Doc. 73.

[2] Rec. Doc. 74.

**IT IS HEREBY ORDERED** that the Court's prior order referring the case to Magistrate Judge Joseph C. Wilkinson is **VACATED**.

**NEW ORLEANS, LOUISIANA**, this <u>10th</u> day of February, 2014.

*Nannette Jolivette Brown*
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**